# EXHIBIT A

|    | Artist | Track | Reg. No. | Plaintiff(s) |
|----|--------|-------|----------|--------------|
| 1  | alt-J | Left Hand Free | SR0000770601 | Atlantic Recording Corporation |
| 2  | Anne-Marie | Heavy (Decoy! Remix) | SR0000913072 | Warner Music International Services Limited |
| 3  | Bazzi | Myself | SR0000824441 | Atlantic Records Group LLC |
| 4  | Blake Shelton | God Gave Me You | SR0000693085 | Warner Records Inc. |
| 5  | Bruno Mars | Locked out of Heaven | SR0000715738 | Atlantic Recording Corporation |
| 6  | Bruno Mars | Treasure | SR0000715738 | Atlantic Recording Corporation |
| 7  | Cardi B | WAP (feat. Megan Thee Stallion) | SR0000889635 | Atlantic Recording Corporation |
| 8  | Cardi B, Bad Bunny & J Balvin | I Like It | SR0000823652 | Atlantic Recording Corporation |
| 9  | Crime Mob | Rock Yo Hips (feat. Lil Scrappy) | SR0000406835 | Warner Records Inc. |
| 10 | Cupid | Cupid Shuffle | SR0000707365 | Atlantic Recording Corporation |
| 11 | David Guetta | Shot Me Down (feat. Skylar Grey) | SR0000933238 | Warner Music International Services Limited |
| 12 | Don Toliver | No Idea | SR0000877543 | Atlantic Records Group LLC |
| 13 | Don Toliver | No Idea (CHOPNOTSLOP REMIX) | SR0000877543 | Atlantic Records Group LLC |
| 14 | Don Toliver | No Idea (DJ Purpberry Chopped and Screwed) | SR0000877543 | Atlantic Records Group LLC |
| 15 | Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited |
| 16 | Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited |
| 17 | Dua Lipa | Physical | SR0000870295 | Warner Music International Services Limited |
| 18 | EC Twins | You've Never Seen (feat. CeCe Peniston) | SR0000932999 | Spinnin Records B.V. |

|    | Artist | Track | Reg. No. | Plaintiff(s) |
|----|--------|-------|----------|--------------|
| 19 | Erica Banks | Buss It | SR0000934322 | Warner Records Inc. |
| 20 | Flo Rida | In the Ayer (feat. will.I.am) | SR0000629161 | Atlantic Recording Corporation |
| 21 | Flo Rida | My House | SR0000808466 | Atlantic Recording Corporation |
| 22 | Flo Rida | My House (Bonics & A-Rock Remix) | SR0000808466 | Atlantic Recording Corporation |
| 23 | Green Day | American Idiot | SR0000362125 | Warner Records Inc. |
| 24 | Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation |
| 25 | Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | SR0000877651 | Atlantic Recording Corporation |
| 26 | Jason Derulo | Take You Dancing | SR0000886298 | Atlantic Records Group LLC |
| 27 | Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. |
| 28 | Jason Derulo x Puri x Jhorrmountain | Coño | SR0000933483 | Warner Music International Services Limited |
| 29 | Jauz & Ephwurd | Rock The Party | SR0000933008 | Spinnin Records B.V. |
| 30 | JoeVille | Sexy | SR0000885637 | Asylum Worldwide LLC |
| 31 | John Williams | Hedwig's Theme | SR0000934780 | Warner Records Inc. |
| 32 | Justin Quiles, Daddy Yankee, El Alfa | PAM | SR0000933604 | Warner Music Latina Inc. |
| 33 | Kollektiv Turmstrasse | Sorry I Am Late (Summer 2016 Version) | SR0000933501 | Warner Music International Services Limited |
| 34 | Lizzo | Exactly How I Feel (feat. Gucci Mane) | SR0000851086 | Atlantic Recording Corporation |
| 35 | L'Trimm | Cars That Go Boom | SR0000097264 | Atlantic Recording Corporation |
| 36 | Lupe Fiasco | The Show Goes On | SR0000704967 | Atlantic Recording Corporation |
| 37 | Michael Calfan | Treasured Soul | SR0000933496 | Spinnin Records B.V. |
| 38 | Mike Williams | Make You Mine (feat. Moa Lisa) | SR0000933002 | Spinnin Records B.V. |

|    | **Artist** | **Track** | **Reg. No.** | **Plaintiff(s)** |
|----|------------|-----------|--------------|------------------|
| 39 | pcam | Will You Remember Me? | SR0000889623 | Atlantic Records Group LLC |
| 40 | Portugal. The Man | Feel It Still | SR0000806561 | Atlantic Recording Corporation |
| 41 | Puri x Jhorrmountain x Adje | Coño | SR0000933011 | Warner Music International Services Limited |
| 42 | R3hab & Deorro | Flashlight | SR0000933030 | Spinnin Records B.V. |
| 43 | Ritchie Valens | La Bamba | Pre-72 | Rhino Entertainment Company |
| 44 | Roddy Ricch | The Box | SR0000925337 | Atlantic Recording Corporation |
| 45 | Sada Baby | Whole Lotta Choppas | SR0000885657 | Asylum Worldwide LLC |
| 46 | Saweetie | Tap In | SR0000887719 | Warner Records Inc. |
| 47 | Sean Paul | Gimme the Light | SR0000352634 | Atlantic Recording Corporation |
| 48 | Sevyn Streeter | It Won't Stop (feat. Chris Brown) | SR0000753665 | Atlantic Recording Corporation |
| 49 | Skrillex & Poo Bear | Would You Ever | SR0000934386 | Atlantic Recording Corporation |
| 50 | The Notorious B.I.G. | Hypnotize | SR0000220411 | Bad Boy Records LLC |
| 51 | THEY. | U-RITE | SR0000815832 | Warner Records Inc. |
| 52 | Tujamo & Lukas Vane | Drop It | SR0000933005 | Spinnin Records B.V. |
| 53 | twenty one pilots | Heathens | SR0000788562 | Atlantic Recording Corporation |
| 54 | Van Halen | Hot for Teacher | SR0000052319 | Rhino Entertainment LLC |
| 55 | Waka Flocka Flame | Grove St. Party (feat. Kebo Gotti) | SR0000672357 | Warner Records Inc. |
| 56 | Waka Flocka Flame | No Hands (feat. Roscoe Dash and Wale) | SR0000672357 | Warner Records Inc. |
| 57 | Wale | Lotus Flower Bomb (feat. Miguel) | SR0000698024 | Atlantic Recording Corporation |
| 58 | Wiz Khalifa | Something New (feat. Ty Dolla $ign) | SR0000922156 | Atlantic Recording Corporation |
| 59 | 24kGoldn | DROPPED OUTTA COLLEGE | PA0002309825 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |

|    | Artist | Track | Reg. No. | Plaintiff(s) |
|----|--------|-------|----------|--------------|
| 60 | 24kGoldn | GAMES ON YOUR PHONE | PA0002309761 | W Chappell Music Corp. |
| 61 | 50 Cent | In Da Club (Instrumental) | PA0001248729 | W Chappell Music Corp. |
| 62 | A$AP Ferg, Nicki Minaj | Plain Jane REMIX (feat. Nicki Minaj) | PA0002134058 | Warner-Tamerlane Publishing Corp. |
| 63 | Alan Walker | The Spectre | PA0002360231 | W Chappell Music Corp. |
| 64 | Ariana Grande | 7 rings | PA0002191175 | Warner-Tamerlane Publishing Corp. |
| 65 | Bad Bunny, Don Omar | PA' ROMPERLA | PA0002361262 | W Chappell Music Corp. |
| 66 | Bassjackers | Crackin (Martin Garrix Edit) | PA0002360204 | W Chappell Music Corp. |
| 67 | Beyoncé | Drunk in Love (feat. Jay-Z) | PA0001918132 | Warner-Tamerlane Publishing Corp. |
| 68 | Beyoncé | End of Time | PA0001861922 | W Chappell Music Corp. |
| 69 | Beyoncé | Partition | PA0001918144 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 70 | Beyoncé ft. Jay-Z | Upgrade U | PA0001165461 | W Chappell Music Corp. |
| 71 | Beyoncé, Bun B, Slim Thug | Check On It (feat. Bun B & Slim Thug) | PA0001324609 | W Chappell Music Corp. |
| 72 | Beyoncé, JAY-Z | Crazy in Love (feat. Jay-Z) | PA0001131132 | Unichappell Music Inc. |
| 73 | Bishop Briggs | River | PA0002052535 | W Chappell Music Corp. |
| 74 | Blake Shelton | God Gave Me You | PA0002361212 | W Chappell Music Corp. |
| 75 | Britney Spears | I'm a Slave 4 U | PA0001060309 | Warner Chappell Music, Inc. |
| 76 | Bruno Mars | Locked out of Heaven | PA0001869823 | Warner Chappell Music, Inc. |
| 77 | Bruno Mars | Treasure | PA0001869830 | Warner Chappell Music, Inc. |
| 78 | C & C Music Factory | Gonna Make You Sweat (Everybody Dance Now) | PA0000520228 | W Chappell Music Corp. |
| 79 | Calboy | Envy Me | PA0002295270 | W Chappell Music Corp. |
| 80 | Calvin Harris | Nuh Ready Nuh Ready (feat. PARTYNEXTDOOR) | PA0002129945 | W Chappell Music Corp. |

|    | Artist | Track | Reg. No. | Plaintiff(s) |
|----|--------|-------|----------|--------------|
| 81 | Calvin Harris, Pharrell Williams, Katy Perry, Big Sean, Funk Wav | Feels (feat. Pharrell Williams, Katy Perry & Big Sean) | PA0002140971 | W Chappell Music Corp. |
| 82 | Camila Cabello, Quavo | OMG (feat. Quavo) | PA0002166871 | Warner-Tamerlane Publishing Corp. |
| 83 | Cardi B, Bad Bunny & J Balvin | I Like It | PA0002143531 | W Chappell Music Corp. |
| 84 | Chris Brown | Beg For It | PA0001864144 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 85 | Chris Brown | Don't Wake Me Up | PA0001842282 | W Chappell Music Corp. |
| 86 | Chris Brown, Drake | No Guidance feat. Drake | PA0002239293 | W Chappell Music Corp. |
| 87 | Chris Brown, Lil Wayne | Gimme That Remix (feat. Lil Wayne) | PA0001372253 | Warner-Tamerlane Publishing Corp. |
| 88 | Chris Brown, Lil Wayne, Busta Rhymes | Look At Me Now (feat. Lil Wayne & Busta Rhymes) | PA0001921210 | Warner-Tamerlane Publishing Corp. |
| 89 | Chrishan | Sin City | PA0002360228 | Warner-Tamerlane Publishing Corp. |
| 90 | Ciara | Level Up | PA0002221124 | W Chappell Music Corp. |
| 91 | Ciara, Chamillionaire | Get Up (feat. Chamillionaire) | PA0001373928 | Warner-Tamerlane Publishing Corp. |
| 92 | Ciara, Missy Elliott | 1, 2 Step (feat. Missy Elliott) | PA0001263489 | Warner-Tamerlane Publishing Corp. |
| 93 | Ciara, Petey Pablo | Goodies (feat. Petey Pablo) | PA0001263487 | Warner-Tamerlane Publishing Corp. |
| 94 | Claudio Simonetti | Halloween | PA0002182950 | W Chappell Music Corp. |
| 95 | DaBaby | ROCKSTAR (feat. Roddy Ricch) | PA0002251718 | W Chappell Music Corp. |
| 96 | David Guetta | Shot Me Down (feat. Skylar Grey) | PA0001936716 EU0000925604 | Cotillion Music, Inc. |
| 97 | Dimitri Vegas & Like Mike, Era Istrefi | Selfish | PA0002361447 | W Chappell Music Corp. |
| 98 | Diplo & SIDEPIECE | On My Mind - Do You Dance? Edit | PA0002361561 | W Chappell Music Corp. |
| 99 | Diplo, Sonny Fodera | Turn Back Time | PA0002360218 | Warner-Tamerlane Publishing Corp. |

|  | Artist | Track | Reg. No. | Plaintiff(s) |
|---|---|---|---|---|
| 100 | DJ Khaled, Rihanna, Bryson Tiller | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. |
| 101 | DJ Snake | Loco Contigo (feat. J. Balvin & Tyga) | PA0002302180 | W Chappell Music Corp. |
| 102 | DJ Snake | Taki Taki (feat. Selena Gomez, Ozuna & Cardi B) | PA0002158343 | Warner-Tamerlane Publishing Corp. |
| 103 | DJ Snake & Lil Jon | Turn Down for What | PA0001945913 | Warner-Tamerlane Publishing Corp. |
| 104 | Doja Cat | Boss Bitch | PA0002310969 | W Chappell Music Corp. |
| 105 | Doja Cat | Say So | PA0002308467 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 106 | Doja Cat, Gucci Mane | Like That (feat. Gucci Mane) | PA0002307930 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 107 | Drake | Nice For What | PA0002230647 | W Chappell Music Corp. |
| 108 | Dua Lipa | Don't Start Now | PA0002266991 | Warner-Tamerlane Publishing Corp. |
| 109 | Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. |
| 110 | Dua Lipa | Physical | PA0002266992 | W Chappell Music Corp. |
| 111 | Erica Banks | Buss It | PA0002334539 PA0001073270 | Warner Chappell Music, Inc. |
| 112 | Fifth Harmony, Kid Ink | Worth It (feat. Kid Ink) | PA0001961626 | W Chappell Music Corp. |
| 113 | Flo Rida | My House | PA0001996538 | Warner-Tamerlane Publishing Corp. |
| 114 | Flo Rida | My House (Bonics & A-Rock Remix) | PA0001996538 | Warner-Tamerlane Publishing Corp. |
| 115 | Fugees | Killing Me Softly | EU339027 RE879477 | Warner-Tamerlane Publishing Corp. |
| 116 | Green Day | American Idiot | PA0001251385 PA0002314112 | W.C.M. Music Corp. |
| 117 | Gwen Stefani | Hollaback Girl | PA0001254232 | Warner Chappell Music, Inc. |
| 118 | Hush | Tentakel | PA0002360224 | W Chappell Music Corp. |
| 119 | Imagine Dragons | Believer | PA0002154294 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |

|     | Artist | Track | Reg. No. | Plaintiff(s) |
|-----|--------|-------|----------|--------------|
| 120 | J Balvin | Blanco | PA0002350153 | W Chappell Music Corp. |
| 121 | J Balvin, Jeon, Anitta | Machika | PA0002361934 | W Chappell Music Corp. |
| 122 | J. Cole | Work Out | PA0001775270 | W Chappell Music Corp. |
| 123 | Jack Harlow | WHATS POPPIN | PA0002238416 | Warner-Tamerlane Publishing Corp. |
| 124 | Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | PA0002238416 | Warner-Tamerlane Publishing Corp. |
| 125 | JACKBOYS, Travis Scott, Young Thug | OUT WEST (feat. Young Thug) | PA0002360226 | Warner-Tamerlane Publishing Corp. |
| 126 | Jason Derulo x Puri x Jhorrmountain | Coño | PA0002294118 | W Chappell Music Corp. |
| 127 | Jax Jones, Mike Dunn, MNEK | House Work | PA0002360848 | W Chappell Music Corp. |
| 128 | Jay Sean, Lil Wayne | Down | PA0001699626 | Warner-Tamerlane Publishing Corp. |
| 129 | Jessie J | Domino | PA0001853396 | Warner-Tamerlane Publishing Corp. |
| 130 | Johnny Orlando, kenzie | What If (I Told You I Like You) | PA0002323099 | W.C.M. Music Corp. |
| 131 | Jordi Rivera, Sonny Bass | Bubblegum | PA0002360207 | W Chappell Music Corp. |
| 132 | JP Saxe | If the World Was Ending - feat. Julia Michaels | PA0002283399 | Warner-Tamerlane Publishing Corp. |
| 133 | Justin Bieber | Baby | PA0001733297 | W Chappell Music Corp. |
| 134 | Justin Bieber | Sorry | PA0002115569 | Warner-Tamerlane Publishing Corp. |
| 135 | Justin Timberlake | Like I Love You | PA0001115925 | Warner Chappell Music, Inc. |
| 136 | Justin Timberlake | Rock Your Body | PA0001133266 | Warner Chappell Music, Inc. |
| 137 | K CAMP | Lottery (Renegade) | PA0002196412 | Warner-Tamerlane Publishing Corp. |
| 138 | Katy Perry | The One That Got Away | PA0001753639 | W Chappell Music Corp. |
| 139 | Kesha | Take It Off | PA0001790994 | Warner-Tamerlane Publishing Corp. |
| 140 | Khalid | Location | PA0002097799 | W Chappell Music Corp. |

27

|  | **Artist** | **Track** | **Reg. No.** | **Plaintiff(s)** |
|---|---|---|---|---|
| 141 | Leikeli47 | Look | PA0002360213 | Warner-Tamerlane Publishing Corp. |
| 142 | Lil Nas X | HOLIDAY | PA0002272516 | Warner-Tamerlane Publishing Corp. |
| 143 | Lil Nas X, Cardi B | Rodeo | PA0002307879 | Warner-Tamerlane Publishing Corp. |
| 144 | Lizzo | Exactly How I Feel (feat. Gucci Mane) | PA0002293032 | Warner-Tamerlane Publishing Corp. |
| 145 | LMFAO, Lil Jon | Shots | PA0001691942 | Warner-Tamerlane Publishing Corp. |
| 146 | Louis Prima | Pennies From Heaven | EP58037<br>R325040<br>EU123687<br>R317252 | Warner Chappell Music, Inc. |
| 147 | Major Lazer | Que Calor (with J Balvin) [Saweetie Remix] | PA0002222614 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 148 | Mariah Carey | Emotions | PA0000583896 | W Chappell Music Corp. |
| 149 | Mariah Carey | Fantasy | PA0000795299 | W Chappell Music Corp. |
| 150 | Mark Ronson ft. Bruno Mars | Uptown Funk | PA0001974777 | Warner Chappell Music, Inc. |
| 151 | Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump of Fall Out Boy) | PA0002197113 | W Chappell Music Corp. |
| 152 | MELVV, Dana Williams | Lifeline | PA0002360215 | Warner-Tamerlane Publishing Corp. |
| 153 | Mike Williams | Make You Mine (feat. Moa Lisa) | PA0002360845 | W Chappell Music Corp. |
| 154 | Miley Cyrus | Party In The U.S.A. | PA0002358151 | Warner-Tamerlane Publishing Corp. |
| 155 | Mitchell Tenpenny | Drunk Me | PA0002156278 | W Chappell Music Corp. |
| 156 | Nicky Jam, Daddy Yankee | Muévelo | PA0002361683 | Warner-Tamerlane Publishing Corp. |
| 157 | Pop Smoke | For The Night (feat. Lil Baby & DaBaby) | PA0002308963 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 158 | Pop Smoke | What You Know Bout Love | PA0002305086 | Warner-Tamerlane Publishing Corp. |
| 159 | Portugal. The Man | Feel It Still | PA0002140987 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |

| | **Artist** | **Track** | **Reg. No.** | **Plaintiff(s)** |
|---|---|---|---|---|
| 160 | Rae Sremmurd, Gucci Mane | Black Beatles | PA0002073623 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 161 | Rick Ross | Push It | PA0001332125 | Warner Chappell Music, Inc. |
| 162 | Rod Wave | Rags2Riches (feat. ATR Son Son) | PA0002361369 | W Chappell Music Corp. |
| 163 | Roddy Ricch | The Box | PA0002246240 | Warner-Tamerlane Publishing Corp. |
| 164 | Saweetie | Tap In | PA0002251404 | W Chappell Music Corp. |
| 165 | Sean Kingston | Beautiful Girls | PA0001861701 | Warner Chappell Music, Inc. |
| 166 | Shaggy | It Wasn't Me | PA0001075288 | W Chappell Music Corp. |
| 167 | Snoop Dogg, Anna Kendrick | Winter Wonderland / Here Comes Santa Claus | E44664 R284735 EU100906 | W Chappell Music Corp.; Gene Autry's Western Music Publishing Co |
| 168 | Soulja Boy | I Got Me Some Bapes | PA0001612993 | Warner-Tamerlane Publishing Corp. |
| 169 | Steve Aoki, Daddy Yankee, Play-N-Skillz, Elvis Crespo | Azukita | PA0002129424 | W Chappell Music Corp. |
| 170 | Tai Verdes | Stuck In The Middle | PA0002360211 | Warner-Tamerlane Publishing Corp. |
| 171 | The Weeknd | Blinding Lights | PA0002223543 | W Chappell Music Corp. |
| 172 | Tinashe, ScHoolboy Q | 2 On (feat. ScHoolboy Q) | PA0001910781 | W Chappell Music Corp. |
| 173 | TLC | No Scrubs | PA0002203763 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 174 | T-Pain | Bang Bang Pow Pow (feat. Lil' Wayne) | PA0001846692 | Warner-Tamerlane Publishing Corp. |
| 175 | T-Pain, Yung Joc | Buy U a Drank (Shawty Snappin') (feat. Yung Joc) | PA0001599414 | Warner-Tamerlane Publishing Corp. |
| 176 | Trillion Trap | The Nutcracker | PA0002361377 | W Chappell Music Corp. |
| 177 | Trippie Redd | Love Scars | PA0002336873 | W Chappell Music Corp. |
| 178 | twenty one pilots | Heathens | PA0002131497 | Warner-Tamerlane Publishing Corp. |
| 179 | Tyga | Ayy Macarena | PA0002251359 PA0000823060 | W Chappell Music Corp. |

|     | **Artist** | **Track** | **Reg. No.** | **Plaintiff(s)** |
| --- | --- | --- | --- | --- |
| 180 | Van Halen | Hot for Teacher | PA0000215905 | W Chappell Music Corp. |
| 181 | Waka Flocka Flame | Grove St. Party (feat. Kebo Gotti) | PA0001739117 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 182 | Waka Flocka Flame | No Hands (feat. Roscoe Dash and Wale) | PA0001739078 | W Chappell Music Corp. |
| 183 | Wale | Lotus Flower Bomb (feat. Miguel) | PA0001816126 | W Chappell Music Corp. |
| 184 | Wiz Khalifa | Something New (feat. Ty Dolla $ign) | PA0002261872 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| 185 | Wynter Gordon | Dirty Talk | PA0001779102 | W Chappell Music Corp. |
| 186 | Yello | Oh Yeah | PA0000243953 | W Chappell Music Corp. |
| 187 | Yo Gotti, Lil Uzi Vert | Pose (feat. Lil Uzi Vert) | PA0002238932 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |