UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22951-CIV-SMITH

ATLANTIC RECORDING
CORPORATION, *et al.*,

      Plaintiffs,

vs.

VITAL PHARMACEUTICALS, INC., *et al.*,

      Defendants.
_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

This cause is before the Court on the parties' Joint Notice of Bankruptcy Court Order Staying Action [DE 25]. The Bankruptcy Court Order [DE 25-1] stays this action in its entirety until March 31, 2023. Accordingly, it is

ORDERED THAT:

1. The case is **STAYED.**

2. All pending motions are **DENIED as moot**.

3. By **April 1, 2023**, the parties shall notify the Court whether the Bankruptcy Court's stay has been extended or move the Court to lift the stay and reopen this case.

4. The Clerk is directed to administratively **CLOSE** this case.

DONE AND ORDERED in Fort Lauderdale, Florida this 6th day of January, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record